IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MYLAN LABORATORIES INC.            )
    1500 Corporate Drive             )
    Canonsburg, PA 15317             )
                                                )
and                                )
                                                )
MYLAN PHARMACEUTICALS INC.         )
    781 Chestnut Ridge Road          )
    Morgantown, WV 26505             )
                                                )
            Plaintiffs,            )
                                                )
             v.                   )   Civil Action No.
                                                )
MICHAEL O. LEAVITT,                )
in his official capacity as        )
SECRETARY OF HEALTH AND            )
HUMAN SERVICES                     )
    200 Independence Ave., S.W.      )
    Washington, DC 20204,            )
                                               )
ANDREW C. VON ESCHENBACH, M.D.,    )
in his official capacity as        )
COMMISSIONER OF FOOD AND DRUGS     )
    5600 Fishers Lane                )
    Rockville, MD 20857,             )
                                               )
and                                )
                                               )
UNITED STATES FOOD AND DRUG        )
ADMINISTRATION, et al.,            )
    5600 Fishers Lane                )
    Rockville, MD 20857              )
                                               )
            Defendants.            )
_____)

**CERTIFICATE UNDER LCvR 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Civil Rules, Plaintiff Mylan Laboratories Inc. states that is a publicly held corporation and that no parent corporation or publicly held corporation owns more than 10 percent of its stock. Mylan Pharmaceuticals Inc. states that it is wholly owned by Plaintiff Mylan Laboratories Inc.

Attorney of Record

_____
Signature

474632
Bar Identification Number

David J. Harth
Print Name

One East Main Street, Suite 201
Address

Madison, Wisconsin 53703
City State Zip

(608) 663-7470
Telephone Number