IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES INC.<br>    1500 Corporate Drive<br>    Canonsburg, PA 15317<br><br>and<br><br>MYLAN PHARMACEUTICALS INC.<br>    781 Chestnut Ridge Road<br>    Morgantown, WV 26505<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>in his official capacity as<br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES<br>    200 Independence Ave., S.W.<br>    Washington, DC 20204,<br><br>ANDREW C. VON ESCHENBACH, M.D.,<br>in his official capacity as<br>COMMISSIONER OF FOOD AND DRUGS,<br>    5600 Fishers Lane<br>    Rockville, MD 20857,<br><br>and<br><br>UNITED STATES FOOD AND DRUG<br>ADMINISTRATION, et al.,<br>    5600 Fishers Lane<br>    Rockville, MD 20857<br><br>        Defendants. | Civil Action No. **07-579** |

**LCvR 6.1 CERTIFICATION OF COUNSEL REGARDING NOTICE**

6.1

I, David J. Harth, declare as follows:

1.  I am counsel to Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc. (collectively "Mylan"), Plaintiffs in this action. I submit this declaration in support of the Emergency Application for a Temporary Restraining Order filed in this Court by Mylan.

2.  I hereby certify that actual notice of the time of making the present Emergency Application for a Temporary Restraining Order, and copies of all pleadings and papers filed in the action to date, have been furnished to Defendants Michael O. Leavitt and Andrew C. von Eschenbach, M.D. via hand delivery by Washington Express for delivery on March 26, 2007 at approximately 11:30 a.m.

3.  I hereby certify that actual notice of the time of making the present Emergency Application for a Temporary Restraining Order, and copies of all pleadings and papers filed in the action to date, have been furnished to Elizabeth Dickinson, Sheldon Bradshaw, and Gary Buehler on behalf of Defendants FDA via electronic mail on March 26, 2007 at approximately 11:15 a.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2007.

David J. Harth