UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0579 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| Health and Human Services, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Drake Cutini as counsel for the defendants, Michael O. Leavitt, Secretary of Health and Human Services, Andrew C. VonEschenbach, M.D., Commissioner of Food and Drugs, and the Food and Drug Administration, in the above-captioned action.

Of Counsel:

DANIEL MERON
General Counsel

SHELDON T. BRADSHAW
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

KAREN E. SCHIFTER
Associate Chief Counsel, Litigation
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
301-827-1152

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

EUGENE M. THIROLF
Director

          /s/          
DRAKE CUTINI
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Tel:  202-307-0044
Fax:  202-514-8742
drake.cutini@usdoj.gov