AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                          | )   |                              |
| ------------------------ | --- | ---------------------------- |
| Plaintiff(s)             | )   | **APPEARANCE**               |
|                          | )   |                              |
|                          | )   |                              |
| vs.                      | )   | CASE NUMBER   07 - 579 (RMU) |
|                          | )   |                              |
|                          | )   |                              |
| Defendant(s)             | )   |                              |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jay P. Lefkowitz__ as counsel in this
                                  (Attorney's Name)

case for: __Teva Pharmaceuticals USA, Inc.__
                (Name of party or parties)


March 28, 2007
Date

_____
Signature

DDC 449280
BAR IDENTIFICATION

Jay P. Lefkowitz
Print Name

Kirkland & Ellis LLP, 655 15th St. NW, Suite 1200
Address

Washington   DC   20005
City            State           Zip Code

202-879-5000
Phone Number