A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Plaintiff(s) | ) ) ) | **APPEARANCE** |
| vs. | ) ) ) | CASE NUMBER  07-579 (RMU) |
| Defendant(s) | ) ) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Michael D. Shumsky          as counsel in this
                                  (Attorney's Name)

case for:  Teva Pharmaceuticals USA, Inc.
                    (Name of party or parties)


March 28, 2007
Date

DDC 495078
BAR IDENTIFICATION

Signature

Michael D. Shumsky
Print Name

Kirkland & Ellis LLP, 655 15th St. NW, Suite 1200
Address

Washington  DC  20005
City          State          Zip Code

202-879-5000
Phone Number