# HellerEhrman LLP

March 29, 2007

David J. Harth
david.harth@hellerehrman.com
Direct (608) 663-7470
Main +1 (608) 663-7460
Fax +1 (608) 663-7499

40777.0009

*Via Hand Delivery*
*Via ECF*

Honorable Ricardo M. Urbina
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW, Room 4311
Washington, D.C. 20001

Re:   *Mylan Laboratories Inc., et al. v. Michael O. Leavitt, et al.*
      Case No. 1:07-cv-00579

Dear Judge Urbina:

We represent the plaintiff, Mylan Laboratories and Mylan Pharmaceuticals ("Mylan") in this lawsuit.

We have reviewed the motion papers filed yesterday by Teva Pharmaceuticals and do not object to the Court permitting Teva to intervene in the lawsuit, nor does Mylan object to Teva's request to defer its answer.

As to the modification of the Court's March 26, 2007 scheduling order proposed by Teva, Mylan joins the FDA in requesting that response briefs to any filing by Teva on April 12 not be due until April 19. Teva is a newcomer to this lawsuit and it is hardly reasonable to expect Mylan and the FDA to digest and respond to Teva's positions in a 24 hour period.

Thank you for your consideration.

Sincerely yours,

David J. Harth/smb

David J. Harth

cc:   Drake Cutini (via ECF only)
      Jay Lefkowitz (via ECF only)
      Michael Shumsky (via ECF only)

Heller Ehrman LLP   One East Main Street, Suite 201   Madison, WI 53703-5118   www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Silicon Valley   Singapore   Washington, D.C.