CO-386-online
10/03

# United States District Court
# For the District of Columbia

                Plaintiff    )
vs                              )   Civil Action No. 07-579 (RMU)
                Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Teva Pharmaceuticals USA, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Teva Pharmaceuticals USA, Inc.__ which have any outstanding securities in the hands of the public:

Teva Pharmaceutical Industries Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Jay Lefkowitz /ws_
Signature

DDC 449280
BAR IDENTIFICATION NO.

Jay P. Lefkowitz
Print Name

Kirkland & Ellis LLP, 655 15th St. NW, Suite 1200
Address

Washington   DC   20005
City          State         Zip Code

202-879-5000
Phone Number