# HellerEhrman LLP

April 3, 2007

David J. Harth
david.harth@hellerehrman.com
Direct (608) 663-7470
Main +1 (608) 663-7460
Fax +1 (608) 663-7499

*Via ECF*
*Via Hand Delivery*

40777.0026

Honorable Ricardo M. Urbina
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW, Room 4311
Washington, D.C. 20001

Re:   *Mylan Laboratories Inc., et al. v. Michael O. Leavitt, et al.*
      Case No. 1:07-cv-00579

Dear Judge Urbina:

We represent the plaintiff, Mylan Laboratories and Mylan Pharmaceuticals ("Mylan") in this lawsuit.

We have reviewed the motion papers filed by Apotex Inc. ("Apotex") and do not object to either the Court permitting Apotex to intervene in the lawsuit, or to Apotex's request to defer its answer. However, consistent with the Court's ruling last Friday on the motion to intervene submitted by Teva Pharmaceuticals USA, Inc., Mylan respectfully requests the Court to limit Apotex's intervention to responding to Mylan's application for a temporary restraining order. *See* Order (Dkt. No. 13) at 2. Finally, Mylan does not agree with many of the statements and arguments asserted by Apotex in its papers, but Mylan will hold its response, if one becomes necessary, until the time set forth by the Court's scheduling order.

Sincerely yours,

David J. Harth/smb

David J. Harth

cc:   Drake Cutini (via ECF only)
      Jay Lefkowitz (via ECF only)
      Michael Shumsky (via ECF only)
      Arthur Tsien (via ECF only)
      John Will Ongman (via ECF only)

Heller Ehrman LLP   One East Main Street, Suite 201   Madison, WI 53703-5118   www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Silicon Valley   Singapore   Washington, D.C.