AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MYLAN LABORATORIES, INC., et al.

        Plaintiff(s) )     **APPEARANCE**

        vs. )               CASE NUMBER   07-579 (RMU)
MICHAEL LEAVITT, et. al )

        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Arthur Y. Tsien   as counsel in this
                                    (Attorney's Name)

case for:   Intervenor-Defendant Apotex Inc.
               (Name of party or parties)

April 3, 2007
Date

_/s/ Arthur Y. Tsien_
Signature

Arthur Y. Tsien
Print Name

411579
BAR IDENTIFICATION

1400 16th St. NW, Suite 400
Address

Washington, DC  20036
City        State        Zip Code

202-518-6318
Phone Number