# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MYLAN LABORATORIES INC., et al., | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Case No. 07-CV-579 (RMU) |
|  | ) |
| MICHAEL O. LEAVITT, et al., | ) |
| Defendants, | ) |
|  | ) |
| and | ) |
|  | ) |
| APOTEX INC., | ) |
| Proposed Intervenor-Defendant. | ) |

## APOTEX INC.'S DISCLOSURE STATEMENT UNDER LCvR 7.1

I, the undersigned, counsel of record for proposed intervenor-defendant Apotex Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Apotex Inc., which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  April 2, 2007.

Respectfully submitted,

APOTEX INC.

By: _____

Arthur Y. Tsien, D.C. Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212
(202) 234-3550 (facsimile)

*Counsel for Apotex Inc.*

Of Counsel:
Robert B. Breisblatt
Sidney Katz
Steven E. Feldman
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
(312) 655-1500
Fax: (312) 655-1501

*Counsel for Apotex Inc.*