IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, <br> Health and Human Services, *et al.* <br><br> Defendants <br><br> and <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Intervenor. | Civil Action No. 07-0579 (RMU) |

## NOTICE OF APPEARANCE OF JOHN WILL ONGMAN

PLEASE TAKE NOTICE of the appearance of the undersigned, and of the firm of Axinn, Veltrop & Harkrider LLP, as counsel for Proposed Intervenor Mutual Pharmaceutical Co., Inc.

The undersigned was admitted to practice in this District on May 7, 1984.

Dated: April 2, 2007

Respectfully Submitted,

/s/ John Will Ongman
John Will Ongman (DC Bar No. 378042)
jwo@avhlaw.com
AXINN, VELTROP & HARKRIDER LLP
1801 K Street W, N.W., Suite 411
Washington, DC 20006
(202) 912-4700
(202) 912-4701 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April, 2007, the Notice of Appearance of John Will Ongman was filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record listed below. In addition, a true and correct copy was served on the attorneys of record listed below by electronic mail and Federal Express.

>David J. Harth
>HELLER EHRMAN LLP
>One East Main Street Suite 201
>Madison, WI 53703
>(608) 663-7460
>(608) 663-7499 (facsimile)
>david.harth@hellerehrman.com
>
>Drake S. Cutini
>DEPARTMENT OF JUSTICE
>Office of Consumer Litigation
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-001
>(202) 307-0044
>(202) 514-8742 (facsimile)
>drake.cutini@usdoj.gov
>
>Jay Lefkowitz
>Michael Shumsky
>KIRKLAND & ELLIS LLP
>655 Fifteenth Street, N.W.
>Washington, DC 20005-5793
>(202) 879-5000
>(202) 879-5200 (facsimile)
>jlefkowitz@kirkland.com
>mshumsky@kirkland.com

                                                          /s/ Jo-Anne M. Kokoski
                                                          Jo-Anne M. Kokoski