# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>    Plaintiffs,<br><br>and<br><br>MUTUAL PHARMACEUTICAL CO., INC.,<br><br>    Proposed Intervenor-Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>in his official capacity as<br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>ANDREW C. VON ESCHENBACH, M.D.,<br>in his official capacity as<br>COMMISSIONER OF FOOD AND DRUGS,<br><br>and<br><br>UNITED STATES FOOD AND DRUG<br>ADMINISTRATION, *et al.*,<br><br>    Defendants,<br><br>and<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>and<br><br>APOTEX INC.,<br><br>    Intervenor-Defendants. | Civil Action No. 07-cv-579 (RMU) |

**MYLAN LABORATORIES INC. AND MYLAN PHARMACEUTICAL INC.'S
RESPONSE TO MUTUAL PHARMACEUTICAL CO., INC.'S
<u>MOTION TO INTERVENE</u>**

Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc. (collectively, "Mylan") respectfully submit this response to Mutual Pharmaceutical Co., Inc.'s Motion to Intervene ("Mutual"). Mylan has reviewed the motion papers filed by Mutual and do not object to the Court permitting Mutual to intervene in the lawsuit.

Dated: April 4, 2007

Respectfully submitted,

    /s/ David Harth
David J. Harth (#474632)
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703
(608) 663-7460

Shannon M. Bloodworth (#474925)
Joseph P. Whitlock (#484247)
HELLER EHRMAN LLP
1717 Rhode Island Avenue, N.W.
Washington, D.C. 20036
(202) 912-2000

E. Anthony Figg (#345124)
Steven Lieberman (#439783)
Minaksi Bhatt (#434448)
ROTHWELL, FIGG, ERNST & MANBECK PC
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 783-6040

Stuart A. Williams
Jill Ondos
MYLAN LABORATORIES INC.
1500 Corporate Drive
Suite 400
Canonsburg, Pennsylvania 15317
(724) 514-1840

*Attorneys for Plaintiffs*
*MYLAN LABORATORIES INC. and*
*MYLAN PHARMACEUTICALS INC.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 4th day of April, 2007, **MYLAN LABORATORIES INC. AND MYLAN PHARMACEUTICAL INC.'S RESPONSE TO MUTUAL PHARMACEUTICAL CO., INC.'S MOTION TO INTERVENE** was filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record listed below.

| | |
|---|---|
| Drake S. Cutini<br>DEPARTMENT OF JUSTICE<br>Office of Consumer Litigation<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-001<br>(202) 307-0044<br>(202) 514-8742 (facsimile)<br>drake.cutini@usdoj.gov | Arthur Y. Tsien<br>OLSSON, FRANK AND WEEDA, PC<br>1400 16th Street, NW<br>Suite 400<br>Washington, DC 20036-2220<br>(202) 789-1212<br>(202) 234-3550 (fax)<br>atsien@ofwlaw.com |
| Jay Lefkowitz<br>Michael Shumsky<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005-5793<br>(202) 879-5000<br>(202) 879-5200 (facsimile)<br>jlefkowitz@kirkland.com<br>mshumsky@kirkland.com | John Will Ongman<br>AXINN, VELTROP & HARKRIDER LLP<br>1801 K Street W, N.W., Suite 411<br>Washington, DC 20006<br>(202) 912-4700<br>(202) 912-4701 (facsimile)<br>jwo@avhlaw.com |

                                                      /s/ David Harth
                                                       David J. Harth