UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL LEAVITT, et al.,<br><br>Defendants. | Civil Action No.:   07-579 (RMU) |

## MOTION FOR LEAVE FOR COUNSEL TO APPEAR *PRO HAC VICE*

Apotex Inc., by its attorneys, Olsson, Frank and Weeda, P.C., by Arthur Y. Tsien, moves this Court to allow Steven E. Feldman to appear as co-counsel *pro hac vice* for Apotex Inc. in this case and in support of this Motion states as follows:

1.  Mr. Tsien is a practicing attorney duly admitted to the Bar of the District of Columbia and admitted to practice before this Court. Mr. Tsien is a principal with the firm of Olsson, Frank and Weeda, P.C., and is acquainted with Mr. Feldman. Mr. Tsien will continue to serve as counsel for Apotex Inc., to be joined by Mr. Feldman.

2.  Steven E. Feldman is an equity principal in the firm of Welsh & Katz, Ltd. His address is 120 South Riverside Plaza, 22nd Floor, Chicago, Illinois 60606. His telephone number is (312) 655-1500. He is a practicing attorney and a member in good standing of the Bar of the State of Illinois (1995), as well as of the following courts: United States District Court for the Northern District of Illinois (1995); United States District Court for the Eastern District of Wisconsin (1997); United States Court of Appeals for the Federal Circuit (1997).

3.  Mr. Feldman is presently admitted to appear pro hac vice before this Court in Civil Action No. 97-0590 (PLF). He has never been held in contempt of any court, has never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

4.  Mr. Feldman is familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: __April 4__, 2007         Respectfully submitted,

_____/s/_____
Arthur Y. Tsien, Bar No. 411579
OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, D.C. 20036-2220
(202) 789-1212 (telephone)
(202) 234-3537 (facsimile)

*Counsel for Apotex Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| MYLAN LABORATORIES, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL LEAVITT, et al., <br><br> Defendants. | Civil Action No.:    07-579 (RMU) |
|---|---|

## DECLARATION OF STEVEN E. FELDMAN

1. I am Steven E. Feldman, an equity principal in the firm of Welsh & Katz, Ltd., 120 South Riverside Plaza, 22nd Floor, Chicago, Illinois 60606. My telephone number is (312) 655-1500.

2. I submit this Declaration in support of Apotex Inc.'s Motion for Leave For Counsel to Appear *Pro Hac Vice* in the above-captioned matter.

3. I am a practicing attorney and a member in good standing of the Bar of the State of Illinois (1995), as well as of the following courts: United States District Court for the Northern District of Illinois (1995); United States District Court for the Eastern District of Wisconsin (1997); United States Court of Appeals for the Federal Circuit (1997).

4. I am presently admitted to appear pro hac vice before this Court in Civil Action No. 97-0590 (PLF). I have never been held in contempt of any court, have never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

5.  I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

6.  Wherefore, I respectfully request that I be admitted *pro hac vice* for all purposes in this action.

I HEREBY DECLARE, pursuant to 28 U.S.C. § 1746, under penalty of perjury and the laws of the United States of America, that the foregoing is true and correct.

Dated this 3rd day of April, 2007.

_____
Steven E. Feldman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| MYLAN LABORATORIES, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL LEAVITT, et al., <br><br> Defendants. | Civil Action No.:   07-579 (RMU) |
|---|---|

[PROPOSED] ORDER

Before me is the motion of Apotex Inc., filed pursuant to Local Rule 83.2(c), for leave for Steven E. Feldman to appear as co-counsel *pro hac vice* in the above-captioned action. Having considered the Motion, it is hereby

ORDERED that the motion be GRANTED.

The Clerk shall act accordingly.

It is so ordered this _____ day of _____, 2007.


_____
Ricardo M. Urbina
United States District Judge

## SERVICE LIST

David James Harth
HELLER EHRMAN, LLP
1 East Main Street
Suite 201
Madison, WI  53703


Drake S. Cutini
DEPARTMENT OF JUSTICE
Office of Consumer Litigation
P.O. 386
Washington, DC  20044


Jay P. Lefkowitz
Michael D. Shumsky
KIRKLAND & ELLIS, LLP
655 15th Street, NW
Suite 1200
Washington, DC  20005


Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, P.C.
1400 Sixteenth Street, N.W.
Suite 400
Washington, D.C.  20036