IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYLAN LABORATORIES, INC., *et al.*,

    Plaintiffs,

and

MUTUAL PHARMACEUTICAL CO., INC.

    Intervenor-Plaintiff,

v.

MICHAEL O. LEAVITT, Secretary,
Health and Human Services, *et al.*

    Defendants

and

TEVA PHARMACEUTICALS USA, INC.,

    Intervenor-Defendant,

and

APOTEX INC.,

    Intervenor-Defendant.

Civil Action No. 07-0579 (RMU)

## MOTION TO APPEAR PRO HAC VICE FOR JO-ANNE M. KOKOSKI

PLEASE TAKE NOTICE, that pursuant to Local Rule 83.2(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Columbia and upon the declaration of Jo-Anne M. Kokoski submitted herewith, John Will Ongman, a member of the bar of this Court, respectfully moves this Court to permit Jo-Anne M. Kokoski to appear *pro hac vice* in this case for Intervenor Mutual Pharmaceutical Co., Inc. A proposed Order is attached for the convenience of the Court.

Respectfully submitted this 4th day of April, 2007.

/s/ John Will Ongman
John Will Ongman (378042)
AXINN, VELTROP & HARKRIDER LLP
1801 K Street, N.W., Suite 411
Washington, D. C. 20006
(202) 912-4700

*Attorneys for Intervenor-Plaintiff,*
*Mutual Pharmaceutical Co., Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> MUTUAL PHARMACEUTICAL CO., INC. <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, <br> Health and Human Services, *et al.* <br><br> Defendants <br><br> and <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Intervenor-Defendant, <br><br> and <br><br> APOTEX INC., <br><br> Intervenor-Defendant. | Civil Action No. 07-0579 (RMU) |

**DECLARATION OF JO-ANNE M. KOKOSKI
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

I, Jo-Anne M. Kokoski, hereby declare as follows:

1. I am an associate at the law firm of Axinn, Veltrop & Harkrider LLP, 90 State House Square, Hartford, Connecticut 06103, Telephone (860) 275-8185.

2. I am a member in good standing of the Bar of the State of Illinois, and am admitted to practice before the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Federal Circuit.

3.     I have never been held in contempt of any court or convicted of any crime, or been publicly reprimanded, censured, suspended, disciplined or disbarred by any court.

4.     I have not been admitted *pro hac vice* in this Court within the last two years.

5.     I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

Dated: April 4, 2007                                   _____
                                                                    Jo-Anne M. Kokoski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYLAN LABORATORIES, INC., *et al.*,

    Plaintiffs,

and

MUTUAL PHARMACEUTICAL CO., INC.

    Intervenor-Plaintiff,

v.

MICHAEL O. LEAVITT, Secretary,
Health and Human Services, *et al.*

    Defendants

and

TEVA PHARMACEUTICALS USA, INC.,

    Intervenor-Defendant,

and

APOTEX INC.,

    Intervenor-Defendant.

Civil Action No. 07-0579 (RMU)

## ORDER OF ADMISSION

Upon consideration of the motion by Intervenor Mutual Pharmaceutical Co., Inc., pursuant to Local Rule 83.2(d) for an order permitting Jo-Anne M. Kokoski to appear *pro hac vice* in this action, the motion is granted, and it is hereby:

**SO ORDERED** this _____ day of April, 2007.

    _____
    Judge, United States District Court
    for the District of Columbia