IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| MUTUAL PHARMACEUTICAL CO., INC. ) | |
| ) | |
| Intervenor-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| Health and Human Services, *et al.* ) | |
| ) | Civil Action No. 07-0579 (RMU) |
| Defendants ) | |
| ) | |
| and ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Intervenor-Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| APOTEX INC., ) | |
| ) | |
| Intervenor-Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2007, Mutual Pharmaceutical Co., Inc. filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record listed below, Motion to Appear *Pro Hac Vice* for Chad A. Landmon , Declaration of Chad A. Landmon In Support of Motion to Appear *Pro Hac Vice*, Motion to Appear *Pro Hac Vice* for Jo-Anne M. Kokoski, Declaration of Jo-Anne M. Kokoski In Support of Motion to Appear *Pro*

1

*Hac Vice* and Proposed Orders of Admission. In addition, a true and correct copy of these documents was served on the attorneys of record listed below by electronic mail and first-class mail.

David J. Harth
HELLER EHRMAN LLP
One East Main Street Suite 201
Madison, WI 53703
(608) 663-7460
(608) 663-7499 (facsimile)
david.harth@hellerehrman.com

Drake S. Cutini
DEPARTMENT OF JUSTICE
Office of Consumer Litigation
P.O. 386
Washington, DC 20044
(202) 307-0044
(202) 514-8742 (facsimile)
drake.cutini@usdoj.gov

Jay Lefkowitz
Michael Shumsky
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
(202) 879-5000
(202) 879-5200 (facsimile)
jlefkowitz@kirkland.com
mshumsky@kirkland.com

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, N.W.
Suite 400
Washington, DC 20036-2200
(202) 789-1212
(202) 234-3550 (facsimile)
atsien@ofwlaw.com

Robert B. Breisblatt
Steven E. Feldman
WELSH & KATZ, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655-1500
(312) 655-1501
rbbreisblatt@welshkatz.com
sefeldman@welshkatz.com

                                          /s/ Jo-Anne M. Kokoski
                                           Jo-Anne M. Kokoski