IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>Health and Human Services, *et al.* )<br>)<br>Defendants )<br>)<br>and )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>)<br>Intervenor. )<br>) | Civil Action No. 07-0579 (RMU) |

**DISCLOSURE STATEMENT UNDER RULE 7.1
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant Rule 7.1 of the Federal Rules of Civil Procedure and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mutual Pharmaceutical Co., Inc. certifies that Mutual Pharmaceutical Co., Inc. is wholly owned by Pharmaceutical Holdings Corp. No publicly held corporation owns 10% or more of the stock of Pharmaceutical Holdings Corp.

Dated: April 2, 2007                                    Respectfully Submitted,

                                                        /s/ John Will Ongman
                                                        John Will Ongman (DC Bar No. 378042)
                                                        jwo@avhlaw.com
                                                        AXINN, VELTROP & HARKRIDER LLP
                                                        1801 K Street W, N.W., Suite 411
                                                        Washington, DC 20006
                                                        (202) 912-4700
                                                        (202) 912-4701 (facsimile)

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2007, Mutual Pharmaceutical Co., Inc.'s Disclosure Statement Under Rule 7.1 of the Federal Rules of Civil Procedure was filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record listed below. In addition, a true and correct copy was served on the attorneys of record listed below by electronic mail and Federal Express.

>David J. Harth
>HELLER EHRMAN LLP
>One East Main Street Suite 201
>Madison, WI 53703
>(608) 663-7460
>(608) 663-7499 (facsimile)
>david.harth@hellerehrman.com
>
>Drake S. Cutini
>DEPARTMENT OF JUSTICE
>Office of Consumer Litigation
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-001
>(202) 307-0044
>(202) 514-8742 (facsimile)
>drake.cutini@usdoj.gov
>
>Jay Lefkowitz
>Michael Shumsky
>KIRKLAND & ELLIS LLP
>655 Fifteenth Street, N.W.
>Washington, DC 20005-5793
>(202) 879-5000
>(202) 879-5200 (facsimile)
>jlefkowitz@kirkland.com
>mshumsky@kirkland.com

                                                 /s/ Jo-Anne M. Kokoski
                                                 Jo-Anne M. Kokoski