UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>Health and Human Services, *et. al.*, )<br>)<br>Defendants. )<br>)<br>AND )<br>)<br>TEVA PHARMACEUTICALS USA, )<br>INC., )<br>)<br>APOTEX INC., )<br>)<br>MUTUAL PHARMACEUTICAL )<br>CO., INC., )<br>)<br>Intervenors. )<br>) | Civil Action No. 07-0579 (RMU) |

**MOTION TO ALTER SCHEDULE AND MEMORANDUM IN SUPPORT**

The government defendants, Michael O. Leavitt, Secretary of Health and Human Services, Andrew C. von Eschenbach, M.D., Commissioner of Food and Drugs, and the Food and Drug Administration, hereby move to alter the schedule entered by this Court on March 26, 2007. The defendants seek to extend the time, from April 11 to April 18, to respond to the comments received on April 4 by the Food and Drug Administration about this matter. The FDA received numerous comments reflecting many different views and positions and needs more time to review and respond to them in a meaningful manner. This motion seeks to extend the dates and times in the Court's March 26 Order by one week, as reflected in the attached proposed

order. The undersigned counsel for the defendants has spoken with counsel for the parties, and their positions on this motion are as follows: Mylan and Mutual do not oppose this motion; Teva takes no position; and Apotex opposes.

| Of Counsel: | Respectfully submitted, |
|---|---|
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | /s/<br>DRAKE CUTINI |
| KAREN E. SCHIFTER<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD 20857<br>301-827-1152 | Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel: 202-307-0044<br>Fax: 202-514-8742<br>drake.cutini@usdoj.gov |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0579 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| Health and Human Services, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| AND ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, ) | |
| INC., ) | |
| ) | |
| APOTEX INC., ) | |
| ) | |
| MUTUAL PHARMACEUTICAL ) | |
| CO., INC., ) | |
| ) | |
| Intervenors. ) | |
| ) | |

**ORDER**

Pending before the Court is government defendants' motion to alter the schedule entered by this Court on March 26, 2007. The defendants seek to extend the time, from April 11 to April 18, to respond to the comments received on April 4 by the Food and Drug Administration about this matter, and to extend the other dates and times in the Court's March 26 Order by one week.

Upon consideration of the government defendants' motion to alter the schedule and the positions of the parties, it is this 10th day of April, 2007, hereby

**ORDERED** that the FDA notify the Court of its decision no later than April 18, 2007, and it is

**FURTHER ORDERED** that the FDA is enjoined from taking final agency action (i.e., granting any ANDAs at issue in this matter) from April 18, 2007, until April 20, 2007, at 5:00 p.m. to enable the Court to rule formally on the plaintiffs' application for a TRO.

If the FDA decides to grant the ANDAs, the defendants' opposition to the plaintiffs' application for a TRO will be due by 9:00 am on April 19, 2007, and the plaintiffs' reply will be due by 9:00 am on April 20, 2007.

**SO ORDERED.**

_____
RICARDO M. URBINA
United States District Judge