UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br> Health and Human Services, *et. al.*, ) <br> ) <br> Defendants. ) <br> ) <br> AND ) <br> ) <br> TEVA PHARMACEUTICALS USA, ) <br> INC., ) <br> ) <br> APOTEX INC., ) <br> ) <br> MUTUAL PHARMACEUTICAL ) <br> CO., INC., ) <br> ) <br> Intervenors. ) <br> ) | Civil Action No. 07-0579 (RMU) <br><br> **FILED** <br><br> APR 1 0 2007 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

**ORDER**

Pending before the Court is government defendants' motion to alter the schedule entered by this Court on March 26, 2007. The defendants seek to extend the time, from April 11 to April 18, to respond to the comments received on April 4 by the Food and Drug Administration about this matter, and to extend the other dates and times in the Court's March 26 Order by one week.

Upon consideration of the government defendants' motion to alter the schedule and the positions of the parties, it is this 10th day of April, 2007, hereby

**ORDERED** that the FDA notify the Court of its decision no later than April 18, 2007, and it is

**FURTHER ORDERED** that the FDA is enjoined from taking final agency action (i.e., granting any ANDAs at issue in this matter) from April 18, 2007, until April 20, 2007, at 5:00 p.m. to enable the Court to rule formally on the plaintiffs' application for a TRO.

If the FDA decides to grant the ANDAs, the defendants' opposition to the plaintiffs' application for a TRO will be due by 9:00 am on April 19, 2007, and the plaintiffs' reply will be due by 9:00 am on April 20, 2007.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge