**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MYLAN LABORATORIES INC. and <br> MYLAN PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> and <br><br> MUTUAL PHARMACEUTICAL CO., INC., <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> in his official capacity as <br> SECRETARY OF HEALTH AND <br> HUMAN SERVICES, <br><br> ANDREW C. VON ESCHENBACH, M.D., <br> in his official capacity as <br> COMMISSIONER OF FOOD AND DRUGS, <br><br> and <br><br> UNITED STATES FOOD AND DRUG <br> ADMINISTRATION, *et al.*, <br><br> Defendants, <br><br> and <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> and <br><br> APOTEX INC., <br><br> Intervenor-Defendants. | Civil Action No.  07-cv-579 (RMU) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of April, 2007, Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.'s **PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION, DECLARATION OF SHANNON M. BLOODWORTH IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF BRIAN S. ROMAN IN SUPPORT OF MYLAN'S EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER,** and **PROPOSED ORDER,** were filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically send electronic mail notification of such filing to the attorneys of record listed below:

| | |
|---|---|
| Drake S. Cutini<br>DEPARTMENT OF JUSTICE<br>Office of Consumer Litigation<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-001 | John Will Ongman<br>AXINN, VELTROP & HARKRIDER LLP<br>1801 K Street W, N.W., Suite 411<br>Washington, DC 20006 |
| Jay Lefkowitz<br>Michael Shumsky<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005-5793 | Jo-Anne Kokoski<br>Chad Landmon<br>AXINN, VELTROP & HARKRIDER, LLP<br>90 State House Square<br>Hartford, CT 06103 |
| Arthur Y. Tsien<br>OLSSON, FRANK AND WEEDA, PC<br>1400 16th Street, NW<br>Suite 400<br>Washington, DC 20036-2220 | Robert Briesblatt<br>WELSH & KATZ, LTD.<br>120 South Riverside Plaza<br>Chicago, IL 60606 |

                                          /s/ David J. Harth
                                            David J. Harth