**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MYLAN LABORATORIES INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>                Plaintiffs,<br><br>and<br><br>MUTUAL PHARMACEUTICAL CO., INC.,<br><br>                Intervenor-Plaintiff,<br><br>                v.<br><br>MICHAEL O. LEAVITT,<br>in his official capacity as<br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>ANDREW C. VON ESCHENBACH, M.D.,<br>in his official capacity as<br>COMMISSIONER OF FOOD AND DRUGS,<br><br>and<br><br>UNITED STATES FOOD AND DRUG<br>ADMINISTRATION, *et al.*,<br><br>                Defendants,<br><br>and<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>and<br><br>APOTEX INC.,<br><br>                Intervenor-Defendants. | Civil Action No.  07-cv-579 (RMU) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2007, Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.'s **PLAINTIFFS' OPPOSITION TO APOTEX'S MOTION FOR PRELIMINARY INJUNCTION, DECLARATION OF SHANNON M. BLOODWORTH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APOTEX'S MOTION FOR A PRELIMINARY INJUNCTION,** and **[PROPOSED] ORDER,** were filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically send electronic mail notification of such filing to the attorneys of record listed below:

| | |
|---|---|
| Drake S. Cutini<br>DEPARTMENT OF JUSTICE<br>Office of Consumer Litigation<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-001 | John Will Ongman<br>AXINN, VELTROP & HARKRIDER LLP<br>1801 K Street W, N.W., Suite 411<br>Washington, DC 20006 |
| Jay Lefkowitz<br>Michael Shumsky<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005-5793 | Jo-Anne Kokoski<br>Chad Landmon<br>AXINN, VELTROP & HARKRIDER, LLP<br>90 State House Square<br>Hartford, CT 06103 |
| Arthur Y. Tsien<br>OLSSON, FRANK AND WEEDA, PC<br>1400 16th Street, NW<br>Suite 400<br>Washington, DC 20036-2220 | Robert Briesblatt<br>WELSH & KATZ, LTD.<br>120 South Riverside Plaza<br>Chicago, IL 60606 |

/s/ David J. Harth
David J. Harth