**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MYLAN LABORATORIES INC. and <br> MYLAN PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> and <br><br> MUTUAL PHARMACEUTICAL CO., INC., <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> in his official capacity as <br> SECRETARY OF HEALTH AND <br> HUMAN SERVICES, <br><br> ANDREW C. VON ESCHENBACH, M.D., <br> in his official capacity as <br> COMMISSIONER OF FOOD AND DRUGS, <br><br> and <br><br> UNITED STATES FOOD AND DRUG <br> ADMINISTRATION, *et al.*, <br><br> Defendants, <br><br> and <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> and <br><br> APOTEX INC., <br><br> Intervenor-Defendants. | Civil Action No. 07-cv-579 (RMU) |

**[PROPOSED] ORDER**

2

This matter is before the Court on the application of Intervenor-Defendant *Teva Pharmaceutical USA, Inc.'s Cross-Claim for Declaratory and Injunctive Relief* (Dkt. No. 48), and *Brief of Teva Pharmaceuticals USA, Inc. in Support of Its Cross-Claim and Application for Declaratory and Injunctive Relief* (Dkt. 48.2), and Plaintiffs Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.'s *Opposition to Teva's Application for Declaratory and Injunctive Relief.*

Having considered the submissions of the parties, IT IS SO ORDERED that Teva's Application for Declaratory and Injunctive Relief is DENIED.

Signed this ____ day of _____, 2007.

_____
Hon. Ricardo M. Urbina,
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MYLAN LABORATORIES INC. and<br>MYLAN PHARMACEUTICALS INC., )<br>)<br>Plaintiffs, )<br>)<br>and )<br>)<br>MUTUAL PHARMACEUTICAL CO., INC., )<br>)<br>Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>in his official capacity as )<br>SECRETARY OF HEALTH AND )<br>HUMAN SERVICES, )<br>)<br>ANDREW C. VON ESCHENBACH, M.D., )<br>in his official capacity as )<br>COMMISSIONER OF FOOD AND DRUGS, )<br>)<br>and )<br>)<br>UNITED STATES FOOD AND DRUG )<br>ADMINISTRATION, *et al.*, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>)<br>and )<br>)<br>APOTEX INC., )<br>)<br>Intervenor-Defendants. ) | Civil Action No. 07-cv-579 (RMU) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2007, Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.'s **PLAINTIFFS' OPPOSITION TO TEVA'S APPLICATION FOR DECLARATORY AND INJUNCTIVE RELIEF,** and **[PROPOSED] ORDER,** were filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically send electronic mail notification of such filing to the attorneys of record listed below:

Drake S. Cutini
DEPARTMENT OF JUSTICE
Office of Consumer Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

Jay Lefkowitz
Michael Shumsky
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, NW
Suite 400
Washington, DC 20036-2220

John Will Ongman
AXINN, VELTROP & HARKRIDER LLP
1801 K Street W, N.W., Suite 411
Washington, DC 20006

Jo-Anne Kokoski
Chad Landmon
AXINN, VELTROP & HARKRIDER, LLP
90 State House Square
Hartford, CT 06103

Robert Briesblatt
WELSH & KATZ, LTD.
120 South Riverside Plaza
Chicago, IL 60606

/s/ David J. Harth
David J. Harth