IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> MUTUAL PHARMACEUTICAL CO., INC. <br><br> Intervener-Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, <br> Health and Human Services, *et al.* <br><br> Defendants <br><br> and <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Intervener-Defendant, <br><br> and <br><br> APOTEX INC., <br><br> Intervener-Defendant. | Civil Action No. 07-0579 (RMU) |

## DECLARATION OF CHAD A. LANDMON

I, Chad A. Landmon, hereby declare as follows:

1. I am an attorney with the law firm of Axinn, Veltrop & Harkrider LLP, counsel to Intervenor-Plaintiff Mutual Pharmaceutical Co. Inc. ("Mutual"). I was admitted to practice *pro hac vice* before the United States District Court for the District of Columbia on April 5, 2007.

NYDOCS:30098.1

2.  I certify that on the 23rd day of April, 2007, service of Mutual's complaint was made by Melvin M. Shapiro on Michael O. Leavitt, Secretary of the Department of Health and Human Services; Andrew von Eschenbach, MD, Commissioner of the Food and Drug Administration; and the Food and Drug Administration.

3.  Attached as Exhibit A are true and accurate copies of Affidavits of Service from Mr. Shapiro attesting to service of Mutual's Complaint on Michael O. Leavitt, Secretary, Department of Health and Human Services; Andrew von Eschenbach, M.D., Commissioner, Food & Drug Administration; and the Food & Drug Administration.

Dated: April 26, 2007

Respectfully Submitted,

/s/ Chad A. Landmon
Chad A. Landmon (admitted *pro hac vice*)
cal@avhlaw.com
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100
(860) 275-8101 (facsimile)

Attorneys for Intervenor-Plaintiff
 MUTUAL PHARMACEUTICAL CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2007, Intervenor-Plaintiff Mutual Pharmaceutical Co., Inc. filed the Declaration of Chad A. Landmon certifying service of Mutual's Complaint on Defendants Michael O. Leavitt, Secretary, Department of Health and Human Services; Andrew von Eschenbach, M.D., Commissioner, Food & Drug Administration; and the Food & Drug Administration with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record listed below. In addition, a true and correct copy was served on the attorneys of record listed below by electronic mail and Federal Express.

David J. Harth
HELLER EHRMAN LLP
One East Main Street Suite 201
Madison, WI 53703
(608) 663-7460
(608) 663-7499 (facsimile)
david.harth@hellerehrman.com

Drake S. Cutini
DEPARTMENT OF JUSTICE
Office of Consumer Litigation
P.O. 386
Washington, DC 20044
(202) 307-0044
(202) 514-8742 (facsimile)
drake.cutini@usdoj.gov

Jay Lefkowitz
Michael Shumsky
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
(202) 879-5000
(202) 879-5200 (facsimile)
jlefkowitz@kirkland.com
mshumsky@kirkland.com

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, N.W.
Suite 400
Washington, DC 20036-2200
(202) 789-1212
(202) 234-3550 (facsimile)
atsien@ofwlaw.com

Robert B. Breisblatt
Steven E. Feldman
WELSH & KATZ, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655-1500
(312) 655-1501
rbbreisblatt@welshkatz.com
sefeldman@welshkatz.com

/s/ Chad A. Landmon
Chad A. Landmon

# EXHIBIT A

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Mylan Laboratories, Inc., et al.

vs.

Michael O. Leavitt, Secretary, Health and Human Services, et al.

No. 07-0579 (RMU)

AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Intervenor-Plaintiff Mutual Pharmaceutical Co., Inc.'s Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:45 pm on April 23, 2007, I served Michael O. Leavitt, Secretary, Department of Health and Human Services at 200 Independence Avenue, SW, Washington, DC 20204 by serving Evelyn Jimenez-Iyow, Executive Staff Assistant, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    53
 HEIGHT-    5'0"
   HAIR-    BLACK/GRAY
 WEIGHT-    135
   RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4/23/07
             /Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186965

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Mylan Laboratories, Inc., et al.

vs.

Michael O. Leavitt, Secretary, Health and Human Services, et al.

No. 07-0579 (RMU)

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Intervenor-Plaintiff Mutual Pharmaceutical Co., Inc.'s Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:45 pm on April 23, 2007, I served Andrew von Eschenbach, M.D., Commissioner, Food & Drug Administration at 200 Independence Avenue, SW, Washington, DC 20204 by serving Evelyn Jimenez-Iyow, Executive Staff Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     53
HEIGHT-  5'0"
HAIR-    BLACK/GRAY
WEIGHT-  135
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 4/23/07
Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186964

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Mylan Laboratories, Inc., et al.

vs.

Michael O. Leavitt, Secretary, Health and Human Services, et al.

No. 07-0579 (RMU)

AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Intervenor-Plaintiff Mutual Pharmaceutical Co., Inc.'s Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:45 pm on April 23, 2007, I served Food & Drug Administration at 200 Independence Avenue, SW, Washington, DC 20204 by serving Evelyn Jimenez-Iyow, Executive Staff Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     53
HEIGHT-  5'0"
HAIR-    BLACK/GRAY
WEIGHT-  135
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4/23/07
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186963