## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MYLAN LABORATORIES, INC. *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-579 (RMU) |
| | : | | |
| v. | : | | |
| | : | | |
| MICHAEL LEAVITT *et al.*, | : | Document Nos.: | 44, 47, 48 |
| | : | | |
| Defendants, | : | | |
| | : | | |
| and | : | | |
| | : | | |
| TEVA PHARMACEUTICALS USA., | : | | |
| | : | | |
| APOTEX INC., | : | | |
| | : | | |
| MUTUAL PHARMACEUTICALS CO., | : | | |
| | : | | |
| Intervenors. | : | | |

## ORDER

### DENYING MYLAN'S APPLICATION FOR A PRELIMINARY INJUNCTION;
### DENYING APOTEX'S MOTION FOR A PRELIMINARY INJUNCTION;
### DENYING TEVA'S APPLICATION FOR INJUNCTIVE RELIEF

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 30th day of April, 2007, it is hereby

**ORDERED** that Mylan's application for a preliminary injunction is **DENIED**, and it is

**FURTHER ORDERED** that Apotex's motion for a preliminary injunction is **DENIED**, and it is

**ORDERED** that Teva's application for injunctive relief is **DENIED**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge