UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, | )<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 07-0579 (RMU)<br>) |
| MICHAEL O. LEAVITT, Secretary,<br>Health and Human Services, *et. al.*, | )<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| TEVA PHARMACEUTICALS USA,<br>INC., | )<br>)<br>) |
| APOTEX INC., and | )<br>) |
| MUTUAL PHARMACEUTICAL<br>CO., INC., | )<br>)<br>) |
| Intervenors. | )<br>) |

**GOVERNMENT DEFENDANTS' MOTION TO DISSOLVE AS UNNECESSARY
SCHEDULE FOR MYLAN'S PROPOSED SUMMARY JUDGMENT MOTION AND
FOR DEFENDANTS' ANSWER**

The government defendants, Michael O. Leavitt, Secretary of Health and Human Services, Andrew C. von Eschenbach, M.D., Commissioner of Food and Drugs, and the Food and Drug Administration, hereby move to dissolve the schedule for Mylan's proposed summary judgment motion and for defendants' answer. In a telephone conference with the Court's law clerk on April 19, 2007, the Court established the schedule for the submission of preliminary injunction motions and, at Mylan's request, also stated that the government defendants' answer would be due on May 4, that Mylan could submit a summary judgment motion on May 11, that

the defendants should respond to it by May 18, and Mylan can reply on May 23. This schedule was announced in the telephone conference but not in a written Court Order.

As the Court is aware, three of the parties to this case submitted extensive motions for injunctive relief on April 23, and the Court rendered a decision on these motions on April 30. To date, no party has appealed the Court's decision. However, on May 3, Mylan and Apotex filed motions urging this Court to reconsider its April 30 decision, and also suggesting that responses to the reconsideration motions be filed on Monday, May 7. Until these reconsideration motions are resolved, there is no need for defendants to file an answer or for there to be a briefing schedule established for a summary judgment motion. Indeed, there is no need for an answer at this time in any event; Mylan is free to submit a summary judgment motion without an answer being filed if it were to become appropriate to file such a motion. Also, in the government defendants' response to the motions for injunction, they outlined the few facts relevant to this case and indicated that there are no facts in dispute, and no party has stated that there is a disagreement about the facts. As discussed extensively in the many briefs filed by the parties and in the Court's decision, this is a case about legal issues. The extensive motions and memoranda that have been filed have placed all of these legal issues before the Court, and there is no need for a summary judgment motion at this time. In addition, according to information provided to the undersigned by the U.S. Attorney's office, as of May 3 that office has not been served with Mylan's complaint, so the 60 days for an answer has not yet started under Federal Rule of Civil Procedure 12. The undersigned counsel has spoken with counsel for the other parties, and neither Teva nor Apotex opposes this motion, Mutual opposes, and Mylan stated that it has been unable to formulate its position as of the time of this filing.

For the foregoing reasons, the schedule previously announced in the telephone conference should be dissolved. A proposed order is attached.

| | |
|---|---|
| Of Counsel:<br>DANIEL MERON<br>General Counsel | Respectfully submitted,<br>PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | C. FREDERICK BECKNER III<br>Deputy Assistant Attorney General |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | EUGENE M. THIROLF<br>Director |
| KAREN E. SCHIFTER<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>301-827-1152 | _____/s/_____<br>DRAKE CUTINI<br>Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>PO. Box 386<br>Washington, D.C.  20044<br>Tel:  202-307-0044<br>Fax: 202-514-8742<br>drake.cutini@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>  Health and Human Services, *et. al.*, )<br>)<br>Defendants. )<br>)<br>AND )<br>)<br>TEVA PHARMACEUTICALS USA, )<br>  INC., )<br>)<br>APOTEX INC., )<br>)<br>MUTUAL PHARMACEUTICAL )<br>  CO., INC., )<br>)<br>Intervenors. )<br>) | Civil Action No. 07-0579 (RMU) |

**ORDER**

Pending before the Court is government defendants' motion to dissolve the schedule entered by this Court on April 19, 2007, pertaining to defendants' answer and Mylan's proposed summary judgment motion. Due to the pending motions for reconsideration, defendants seek to dissolve this schedule.

Upon consideration of the government defendants' motion to dissolve the schedule and the positions of the parties, it is this _____th day of May, 2007, hereby

**ORDERED** that defendants' motion is granted, and the schedule for defendants' answer and Mylan's proposed summary judgment motion announced on April 19 is hereby dissolved.

**SO ORDERED.**

_____
RICARDO M. URBINA
United States District Judge