UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MYLAN LABORATORIES, INC. *et al.*, | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-579 (RMU) |
| v. | : | Document Nos.: | 68, 69 |
| MICHAEL LEAVITT, *et al.*, | : | | |
| Defendants, | : | | |
| and | : | | |
| TEVA PHARMACEUTICALS USA., | : | | |
| APOTEX INC., | : | | |
| MUTUAL PHARMACEUTICALS CO., | : | | |
| Intervenors. | : | | |

## ORDER

On April 30, 2007, following a review of the parties' expedited briefing, the court denied all pending preliminary injunction motions. In sum, the court ruled that the parties failed to demonstrate a substantial likelihood of success as to their particular claims and that the financial interests involved did not satisfy the irreparable injury component of the injunctive relief standard. Mem. Op. (April 30, 2007). Mylan and Apotex now seek reconsideration of that opinion pursuant to Federal Rule 54(b). Because the parties fail to convince the court that justice requires the court to amend its April 30, 2007 Memorandum Opinion, it is this 14th day of May, 2007 hereby

**ORDERED** that Apotex's motion for reconsideration is **DENIED**, and it is

**FURTHER ORDERED** that Mylan's motion for reconsideration is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge