IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES INC. AND MYLAN PHARMACEUTICALS INC., <br><br> *Plaintiffs*, <br><br> and <br><br> MUTUAL PHARMACEUTICAL CO., <br><br> *Intervenor-Plaintiff* <br><br> v. <br><br> MICHAEL O. LEAVITT, et al., <br><br> *Defendants*, *Cross-Defendants,* <br><br> and <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> *Intervenor-Defendant,* <br><br> and <br><br> APOTEX INC., <br><br> *Intervenor-Defendant,Cross claimant* | Civil Action No. 07-579 (RMU) <br><br> Judge Ricardo M. Urbina |

## NOTICE OF APPEAL

Notice is hereby given this the 14th day of May 2007, that Apotex Inc. appeals to the United States Court of Appeals for the District of Columbia Circuit from the April 30, 2007 Memorandum Opinion and Order denying its motion for preliminary injunction and the May 14, 2007 Order denying its motion for reconsideration, and all orders now appealable as of right..

Respectfully submitted,

May 14, 2007

/s/Arthur Y. Tsien
Arthur Y. Tsien, Bar No. 411579

- 1 -

OLSSON, FRANK AND WEEDA, P.C.
1400 16th Street, N.W., Suite 400
Washington, DC 20036-2220
(202) 789-1212
(202) 234-3550 (fax)

A. Sidney Katz
Robert B. Breisblatt
Steven E. Feldman
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60661
(312) 655-1500
(312) 655-1501 (fax)

Counsel for Apotex Inc.