**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MYLAN LABORATORIES INC. and<br>MYLAN PHARMACEUTICALS INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| and | )<br>) |
| MUTUAL PHARMACEUTICAL CO., INC., | )<br>) |
| Intervenor-Plaintiff, | )<br>) |
| v. | )<br>) |
| MICHAEL O. LEAVITT,<br>in his official capacity as<br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES, | )<br>)   Civil Action No. 07-CV-579 (RMU)<br>)<br>) |
| ANDREW C. VON ESCHENBACH, M.D.,<br>in his official capacity as<br>COMMISSIONER OF FOOD AND DRUGS, | )<br>)<br>) |
| and | )<br>) |
| UNITED STATES FOOD AND DRUG<br>ADMINISTRATION, | )<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| TEVA PHARMACEUTICALS USA, INC., | )<br>) |
| and | )<br>) |
| APOTEX INC., | )<br>) |
| Intervenor-Defendants. | ) |

**PLAINTIFFS' NOTICE OF APPEAL TO THE
<u>UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA</u>**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1292(a)(1), Plaintiffs Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc. ("Mylan") hereby appeal to the United States Court of Appeals for the District of Columbia the denial of Mylan's motion for a preliminary injunction dated April 23, 2007 (Dkt. No. 44), and Mylan's amended motion for a preliminary injunction dated April 16, 2007 (Dkt. No. 50), entered in this action by the Honorable Ricardo M. Urbina on April 30, 2007 (Dkt. No. 66), and all orders underlying the denial of Mylan's request for injunctive relief. Mylan hereby also appeals the denial of Mylan's motion for reconsideration of the District Court's April 30 Order, entered in this action by the Honorable Ricardo M. Urbina on May 14, 2007 (Dkt. No. 74), and all orders underlying the denial of Mylan's motion for reconsideration.

Dated:  May 14, 2007

Respectfully submitted,

  /s/ David J. Harth
David J. Harth (#474632)
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703
(608) 663-7460

Shannon M. Bloodworth (#474925)
Joseph P. Whitlock (#484247)
HELLER EHRMAN LLP
1717 Rhode Island Avenue, N.W.
Washington, D.C. 20036
(202) 912-2000

E. Anthony Figg (#345124)
Minaksi Bhatt (#434448)
ROTHWELL, FIGG, ERNST & MANBECK PC
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 783-6040

Stuart A. Williams
Jill Ondos
MYLAN LABORATORIES INC.
1500 Corporate Drive
Suite 400
Canonsburg, Pennsylvania 15317
(724) 514-1840

Attorneys for Plaintiffs
*Mylan Laboratories Inc. and*
*Mylan Pharmaceuticals Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MYLAN LABORATORIES INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>    Plaintiffs,<br><br>and<br><br>MUTUAL PHARMACEUTICAL CO., INC.,<br><br>    Intervenor-Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT,<br>in his official capacity as<br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>ANDREW C. VON ESCHENBACH, M.D.,<br>in his official capacity as<br>COMMISSIONER OF FOOD AND DRUGS,<br><br>and<br><br>UNITED STATES FOOD AND DRUG<br>ADMINISTRATION, *et al.*,<br><br>    Defendants,<br><br>and<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>and<br><br>APOTEX INC.,<br><br>    Intervenor-Defendants. | Civil Action No.  07-cv-579 (RMU) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of May, 2007, Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.'s **PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA** was filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically send electronic mail notification of such filing to the attorneys of record listed below:

| | |
|---|---|
| Drake S. Cutini<br>DEPARTMENT OF JUSTICE<br>Office of Consumer Litigation<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-001 | John Will Ongman<br>AXINN, VELTROP & HARKRIDER LLP<br>1801 K Street W, N.W., Suite 411<br>Washington, DC 20006 |
| Jay Lefkowitz<br>Michael Shumsky<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005-5793 | Jo-Anne Kokoski<br>Chad Landmon<br>AXINN, VELTROP & HARKRIDER, LLP<br>90 State House Square<br>Hartford, CT 06103 |
| Arthur Y. Tsien<br>OLSSON, FRANK AND WEEDA, PC<br>1400 16th Street, NW<br>Suite 400<br>Washington, DC 20036-2220 | Robert Briesblatt<br>WELSH & KATZ, LTD.<br>120 South Riverside Plaza<br>Chicago, IL 60606 |

                                                /s/ David J. Harth
                                                   David J. Harth