**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MYLAN LABORATORIES INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>    Plaintiffs,<br><br>and<br><br>MUTUAL PHARMACEUTICAL CO., INC.,<br><br>    Intervenor-Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>in his official capacity as<br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>ANDREW C. VON ESCHENBACH, M.D.,<br>in his official capacity as<br>COMMISSIONER OF FOOD AND DRUGS,<br><br>UNITED STATES FOOD AND DRUG<br>ADMINISTRATION,<br><br>    Defendants,<br><br>and<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>and<br><br>APOTEX INC.,<br><br>    Intervenor-Defendants. | Civil Action No. 07-cv-579 (RMU) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL EVENT**

On June 26, 2007, Plaintiffs Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc. brought an Emergency Application to Temporarily Restrain the FDA from Approving any Additional Amlodipine ANDAs in Derogation of Mylan's Right to 180-Day Market Exclusivity, requesting that the Court enjoin the Defendants from taking any action to issue approval of any Abbreviated New Drug Application for amlodipine besylate products in derogation of Mylan's right to 180-day exclusivity until the issue is finally decided on appeal.  This morning, Synthon-Lab, Ltd. announced it has received final approval for its ANDA on amlodipine besylate.  *See* Exhibit A.

Dated: June 28, 2007          Respectfully submitted,

   /s/ David J. Harth
David J. Harth (#474632)
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703
(608) 663-7460

Shannon M. Bloodworth (#474925)
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, D.C. 20036
(202) 912-2000

E. Anthony Figg (#345124)
Minaksi Bhatt (#434448)
ROTHWELL, FIGG, ERNST & MANBECK PC
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040

Stuart A. Williams
Jill Ondos
MYLAN LABORATORIES INC.
1500 Corporate Drive
Suite 400
Canonsburg, Pennsylvania 15317
(724) 514-1840

Attorneys for Plaintiffs
MYLAN LABORATORIES INC. and
MYLAN PHARMACEUTICALS INC.

# Exhibit A

*Plaintiffs' Notice of Supplemental Event*

about us   career   news   products   contact

actual

**Synthon launches Amlodipine besylate product**

On June 27, 2007 Synthon received final FDA approval of its Abbreviated New Drug Application for Amlodipine besylate tablets. Synthon is the third generic company, after Mylan and Apotex to receive final ANDA approval for this blockbuster product. On June 5, 2007, the U.S. Court of Appeals for the Federal Circuit ruled in Synthon's favor in patent litigation against Pfizer. Synthon had challenged two of Pfizer's patents covering their Norvasc® product. The Court of Appeals held the three main claims in Pfizer's '303 patent invalid.



**Synthon Pharmaceuticals, Inc.**

Norvasc® is Pfizer's brand name for their leading Calcium Channel Blocker containing the active ingredient Amlodipine Besylate. Norvasc® is indicated for high blood pressure and angina. The product has had peak sales in the US in excess of US$ 2.5 billion. Patent exclusivity on the product was set to expire on September 25, 2007, but generic versions of the drug were launched by Mylan and Apotex earlier this year. Synthon's product is the third ANDA to be approved by FDA.

Synthon's AB rated Amlodipine besylate product is currently available to its trade partners in 2.5 mg, 5 mg and 10 mg tablets in 90 count bottles.

(Norvasc® is a registered trademark of Pfizer Inc.)

*27 June 2007*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MYLAN LABORATORIES INC. and<br>MYLAN PHARMACEUTICALS INC.,      )<br>    )<br>Plaintiffs,     )<br>    )<br>and     )<br>    )<br>MUTUAL PHARMACEUTICAL CO., INC.,     )<br>    )<br>Intervenor-Plaintiff,     )<br>    )<br>v.     )<br>    )<br>MICHAEL O. LEAVITT,     )<br>in his official capacity as     )<br>SECRETARY OF HEALTH AND     )<br>HUMAN SERVICES,     )<br>    )<br>ANDREW C. VON ESCHENBACH, M.D.,     )<br>in his official capacity as     )<br>COMMISSIONER OF FOOD AND DRUGS,     )<br>    )<br>and     )<br>    )<br>UNITED STATES FOOD AND DRUG     )<br>ADMINISTRATION, *et al.*,     )<br>    )<br>Defendants,     )<br>    )<br>and     )<br>    )<br>TEVA PHARMACEUTICALS USA, INC.,     )<br>    )<br>and     )<br>    )<br>APOTEX INC.,     )<br>    )<br>Intervenor-Defendants.     ) | Civil Action No. 07-cv-579 (RMU) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of June, 2007, Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.'s **PLAINTIFFS' NOTICE OF SUPPLEMENTAL EVENT** was filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically send electronic mail notification of such filing to the attorneys of record listed below:

Drake S. Cutini
DEPARTMENT OF JUSTICE
Office of Consumer Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

Jay Lefkowitz
Michael Shumsky
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, NW
Suite 400
Washington, DC 20036-2220

John Will Ongman
AXINN, VELTROP & HARKRIDER LLP
1801 K Street W, N.W., Suite 411
Washington, DC 20006

Jo-Anne Kokoski
Chad Landmon
AXINN, VELTROP & HARKRIDER, LLP
90 State House Square
Hartford, CT 06103

Robert Briesblatt
WELSH & KATZ, LTD.
120 South Riverside Plaza
Chicago, IL 60606

/s/ David J. Harth
David J. Harth