## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MYLAN LABORATORIES, INC. *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-579 (RMU) |
| | : | | |
| v. | : | | |
| | : | | |
| MICHAEL LEAVITT *et al.*, | : | Document No.: | 79 |
| | : | | |
| Defendants, | : | | |
| | : | | |
| and | : | | |
| | : | | |
| TEVA PHARMACEUTICALS USA., | : | | |
| | : | | |
| APOTEX, INC., | : | | |
| | : | | |
| MUTUAL PHARMACEUTICALS CO., | : | | |
| | : | | |
| Intervenors. | : | | |

### ORDER

### DENYING MYLAN'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 29th day of June, 2007, it is hereby

**ORDERED** that the plaintiff's emergency motion for a temporary restraining order is **DENIED**, and it is

**FURTHER ORDERED** that the plaintiff's request for a stay pending appeal is **DENIED.**

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge