# United States Court of Appeals
### For The District of Columbia Circuit

---

| | |
|---|---|
| **No. 07-5155** | **September Term, 2006** |
| | 07cv00579 |

**Filed On:** FILED JUN 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 2 6 2007

CLERK

Mylan Laboratories, Inc. and Mylan Pharmaceuticals, Inc.,
    Appellees

v.

Michael O. Leavitt, Secretary of Health and Human Services, et al.,
    Appellees

Apotex, Inc.,
    Appellant

## ORDER

Upon consideration of appellant's unopposed motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Nancy G. Dunn
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: *[signature]* Deputy Clerk