UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br> Health and Human Services, *et. al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> TEVA PHARMACEUTICALS USA, ) <br> INC., ) <br> ) <br> APOTEX INC., and ) <br> ) <br> MUTUAL PHARMACEUTICAL ) <br> CO., INC., ) <br> ) <br> Intervenors. ) <br> ) | Civil Action No. 07-0579 (RMU) |

**UNOPPOSED MOTION TO STAY PROCEEDINGS IN DISTRICT COURT AND
MEMORANDUM IN SUPPORT**

The government defendants hereby move to stay proceedings in district court while Mylan's appeal is pending. As the Court is aware, on May 14, 2007, Mylan and Apotex filed appeals of this Court's denial of their motions for preliminary injunction and motions for reconsideration. On June 20, Apotex dismissed its appeal; however, Mylan's appeal is pending. Inasmuch as the appeal will, in all likelihood, determine the outcome of this case, the government defendants seek to stay proceedings in this Court pending resolution of the appeal.

Federal defendants' response to plaintiff's' amended complaint is due September 11, 2007 (the other complaints and cross-claims have not been properly served on the U.S. Attorney's

office, so the time to respond to those pleadings has not started). Rather than undertake further proceedings in this Court at this time, the federal defendants move to stay the proceedings in this Court in their present posture until resolution of the appeal. Counsel for the government defendants has contacted counsel for all parties, and Apotex, Teva, and Mutual stated that they do not oppose this motion, and Mylan's counsel stated to government counsel: "Mylan neither consents to nor opposes your proposed motion." The undersigned will report the status of the matter to this Court within two weeks after receiving the Court of Appeals' decision, after coordinating with the above-named parties.

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | C. FREDERICK BECKNER III<br>Deputy Assistant Attorney General |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | EUGENE M. THIROLF<br>Director |
| KAREN E. SCHIFTER<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>301-827-1152 | /s/<br>DRAKE CUTINI<br>Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>PO. Box 386<br>Washington, D.C.  20044<br>Tel:  202-307-0044<br>Fax: 202-514-8742 |
| September 5, 2007 | drake.cutini@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br>   Health and Human Services, *et. al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> TEVA PHARMACEUTICALS USA, ) <br>   INC., ) <br> ) <br> APOTEX INC., and ) <br> ) <br> MUTUAL PHARMACEUTICAL ) <br>   CO., INC., ) <br> ) <br> Intervenors. ) <br> ) | Civil Action No. 07-0579 (RMU) |

**ORDER**

For the reasons stated in the government defendants' unopposed motion to stay proceedings in district court, it is this _____ day of September hereby

ORDERED that all district court proceedings in this case are stayed in their present posture while Mylan's appeal is pending. Counsel for the government defendants will report the status of the matter to this Court within two weeks after receiving the Court of Appeals' decision on plaintiffs' appeal, after coordinating with the other parties.

**SO ORDERED.**

_____
RICARDO M. URBINA
United States District Judge