UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br> Health and Human Services, *et. al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> TEVA PHARMACEUTICALS USA, ) <br> INC., ) <br> ) <br> APOTEX INC., and ) <br> ) <br> MUTUAL PHARMACEUTICAL ) <br> CO., INC., ) <br> ) <br> Intervenors. ) <br> ) | Civil Action No. 07-0579 (RMU) <br><br> **FILED** <br><br> SEP 1 0 2007 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## ORDER

For the reasons stated in the government defendants' unopposed motion to stay proceedings in district court, it is this ___10___ day of September hereby

ORDERED that all district court proceedings in this case are stayed in their present posture while Mylan's appeal is pending. Counsel for the government defendants will report the status of the matter to this Court within two weeks after receiving the Court of Appeals' decision on plaintiffs' appeal, after coordinating with the other parties.

**SO ORDERED.**

_____
RICARDO M. URBINA
United States District Judge