UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-0579 (RMU) |
| | ) |
| MICHAEL O. LEAVITT, Secretary, | ) |
| Health and Human Services, *et. al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, | ) |
| INC., | ) |
| | ) |
| APOTEX INC., and | ) |
| | ) |
| MUTUAL PHARMACEUTICAL | ) |
| CO., INC., | ) |
| | ) |
| Intervenors. | ) |

**UNOPPOSED MOTION TO DISMISS AND MEMORANDUM IN SUPPORT**

The government defendants hereby move to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1). As the Court is aware, on May 14, 2007, Mylan and Apotex filed appeals of this Court's denial of their motions for preliminary injunction and motions for reconsideration. On June 20, Apotex dismissed its appeal. On July 13, the government defendants moved to dismiss Mylan's appeal as moot. On October 23, 2007, the Court of Appeals granted that motion, finding that the case was moot and that the appeal "does not fall into the exception . . . for cases that are capable of repetition yet evading review."

      This Court had granted, on September 10, 2007, the government defendants' motion to stay proceedings in this Court pending the appeal, and directed defendants to report the status of this matter to this Court within two weeks of receiving the Court of Appeals' decision.  The undersigned counsel for the government defendants received the Court of Appeals' decision on October 29, 2007, and contacted the other parties to determine whether they oppose dismissal of this case.  Counsel for all parties have stated that they do not oppose dismissal with prejudice.  A proposed order is attached.

| Of Counsel: | Respectfully submitted, |
|---|---|
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| GERALD F. MASOUDI<br>Associate General Counsel<br>Food and Drug Division | C. FREDERICK BECKNER III<br>Deputy Assistant Attorney General |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | EUGENE M. THIROLF<br>Director |
| KAREN E. SCHIFTER<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>301-827-1152 |       /s/<br>DRAKE CUTINI<br>Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>PO. Box 386<br>Washington, D.C.  20044<br>Tel:  202-307-0044<br>Fax: 202-514-8742 |
| November 6, 2007 | drake.cutini@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-0579 (RMU) |
| MICHAEL O. LEAVITT, Secretary, Health and Human Services, *et. al.*, | ) |
| Defendants, | ) |
| and | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| APOTEX INC., and | ) |
| MUTUAL PHARMACEUTICAL CO., INC., | ) |
| Intervenors. | ) |

**ORDER**

For the reasons stated in the government defendants' unopposed motion to dismiss, it is this _____ day of November hereby

ORDERED that this case is dismissed with prejudice.

**SO ORDERED.**

_____
RICARDO M. URBINA
United States District Judge