**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

NOV 6 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| MYLAN LABORATORIES, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-0579 (RMU) |
| | ) |
| MICHAEL O. LEAVITT, Secretary, | ) |
| Health and Human Services, *et. al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, | ) |
| INC., | ) |
| | ) |
| APOTEX INC., and | ) |
| | ) |
| MUTUAL PHARMACEUTICAL | ) |
| CO., INC., | ) |
| | ) |
| Intervenors. | ) |

**ORDER**

For the reasons stated in the government defendants' unopposed motion to dismiss, it is

this ___6th___ day of November 2007

ORDERED that this case is dismissed with prejudice.

**SO ORDERED.**

_Ricardo M. Urbina_
RICARDO M. URBINA
United States District Judge