# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5156**  **September Term, 2007**

07cv00579

Filed On: October 23, 2007

[1075037]
Mylan Laboratories, Inc. and Mylan Pharmaceuticals, Inc.,
    Appellants

v.

Michael O. Leavitt, Secretary of Health and Human Services, et al.,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 12/21/07
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Tatel, Griffith, and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the motion to dismiss the appeal as moot, the opposition thereto, and the reply, and the motions for summary affirmance, the oppositions thereto, and the reply, it is

**ORDERED** that the motion to dismiss as moot be granted. Events occurring during the pendency of the appeal make meaningful relief impossible. See McBryde v. Comm. to Review Circuit Council Conduct, 264 F.3d 52, 55 (D.C. Cir. 2001). Moreover, because of the unique circumstance underlying this matter, the appeal does not fall into the exception to the mootness doctrine for cases that are capable of repetition yet evading review. See People for the Ethical Treatment of Animals, Inc. v. Gittens, 396 F.3d 416, 424 (D.C. Cir. 2005). It is

**FURTHER ORDERED** that the motions for summary affirmance be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk